UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT COBB,<br><br>　　　　　Petitioner,<br>　v.<br><br>E.K. McDANIELS, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:14-cv-00362-MMD-WGC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

Petitioner has submitted an application to proceed *in forma pauperis*, a request for a stay, and a motion to expand the record. (Dkt. no. 1, 1-2, 1-3.). However, no petition has been submitted. Unless an issue of federal constitutional or statutory law is implicated by the facts presented, there is no cognizable claim under federal habeas corpus. *Estelle v. McGuire*, 502 U.S. 62, 68 (1991). As there is no petition filed in this action, it will be dismissed, without prejudice to filing a petition as a new action.

It is therefore ordered that this action is dismissed without prejudice for failure to present a habeas corpus petition.

It is further ordered that all pending motions, including the application to proceed *in forma pauperis* (dkt. no. 1), motion for a stay (dkt. no. 1-2), and motion to expand the record (dkt. no. 1-3) are denied.

It is further ordered that petitioner may file a petition, but any such petition must be opened as a new case. No further documents shall be filed in this case.

It is further ordered that the Clerk of Court shall enter judgment accordingly.

DATED THIS 27th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE