AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

DELBERT COBB,

               Petitioner,

    V.

E.K. McDANIELS, et al.,

            Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:14-cv-00362-MMD-WGC**

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to present a habeas corpus petition.

   October 27, 2014                 **LANCE S. WILSON**
                                           Clerk

                                 /s/ D. R. Morgan___
                                     Deputy Clerk